# SECTION 6

# MESSAGE TRAFFIC PERTAINING TO CASE

```
OIX GATEWAY NORFOLK VA SUCCESSFUL PROCESSING REPORT:  LE SITREP ONE - BOARDING OF
FISHING VESSEL 1000NM W OF

RTTUZYUW RHOIAAA0001 3301417-UUUU--RHSSSUU.
ZNR UUUUU
R 250600Z NOV 16
FM USCGC HAMILTON
TO CCGDELEVEN ALAMEDA CA
INFO COMDT COGARD WASHINGTON DC//CG-MLE/CG-5/CG-7/NCC//
DIRJIATF SOUTH//J2/J3/J4/J5//
COMPACAREA COGARD ALAMEDA CA//PAC-3//
DRUG ENFORCEMENT ADMIN HQ WASHINGTON DC
HQ ICE WASHINGTON DC
HQ ICE INTEL WASHINGTON DC
DEPT OF HOMELAND SECURITY WASHINGTON DC
HOMELAND SECURITY CENTER WASHINGTON DC
COGARD INTELCOORDCEN WASHINGTON DC
COGARD MIFC PAC ALAMEDA CA
EPIC EL PASO TX//CGLO//
COGARD HITRON JACKSONVILLE FL
USCGC HAMILTON
USCGC MELLON
USCGC DAUNTLESS
USCGC DECISIVE
USCGC STEADFAST
BT
UNCLAS
SUBJ: LE SITREP ONE - BOARDING OF FISHING VESSEL 1000NM W OF
GALAPAGOS IS.
1. SITUATION: 983 KG OF COCAINE ONBOARD HAMILTON. CASE PENDS.
A. PERIOD 241650Z NOV 16 - 250330Z NOV 16
B. MISLE: 1061170, HAM CASE NUMBER 753-16-22, FDIN: 2016XXXXXX
C. NARRATIVE: AT 241650Z NOV 16, WHILE ON ROUTINE PATROL, CG 6519
SIGHTED A WESTBOUND TOI IN POSN: 00-47.5N 107-54.9W ON CSE 285T AT
11KTS. CG 6519 REPORTED TOI AS A 75-100 FT CARGO VESSEL FLYING A RED
FLAG WITH YELLOW STARS, FOUR CHINESE CHARACTERS FOLLOWED BY 16050 ON
THE PORT AND STARBOARD BOW AND PILOT HOUSE, AND TWO CHINESE
CHARACTERS ON THE STERN. CG 6519 REMAINED COVERT TO COLLECT IMAGERY
OF TOI. HAM LAUNCHED CG 35106 TO CONDUCT OVERT IMAGERY COLLECTION. CG
6519 RETURNED TO HAM TO REFUEL, AFTER RELAUNCHING WENT OVERT TO
CONDUCT CLOSE IN IMAGERY COLLECTION OF TOI.  CG 6519 REPORTED LINE
ATTACHED TO SIDE OF TOI WHICH APPEARED TO BE CONNECTED TO STRING OF
PACKAGES. CG 6519 NOTICED ACTIVITY NEAR DOOR IN HULL WHERE LINE OF
PACKAGES WERE CONNECTED AND OBSERVED POB JETTISONING PACKAGES AND
CUTTING LINES CONNECTED TO TOI. CG 6519 VECTORED CG 35106 TO PACKAGES
THEN CONTINUED MONITORING TOI. CG 35106 COLLECTED 42 BALES, WHICH
LATER TESTED POSITIVE FOR COCAINE, WITH 6 GPS DEVICES ATTACHED. CG
6519 RTB FOR REFUEL AND RELAUNCHED. HAM LAUNCHED CG 26262 WITH ROA
QUESTIONS IN MANDARIN TO PASS TO TOI. HAM ATTEMPTED TO CONDUCT ROA
QUESTIONS OVER BRIDGE TO BRIDGE RADIO WITH NEGRES. ONCE CG 26262 WENT
ALONGSIDE THE TOI VOLUNTARILY WENT DIW AND PEOPLE CAME OUT ON DECK
AND APPROACHED CG 26262. CG 26262 HANDED CREW MEMBER ROA QUESTIONS IN
```

MANDARIN, SHEET WAS TAKEN TO PILOT HOUSE. BO REPORTED ONE POB TOI SPOKE SPANISH. THE POB CLAIMED THAT THEY HAD NO RADIO, ONLY A SATELLITE PHONE ON BOARD. POB VOLUNTEERED IDS AND REGISTRATION FORMS TO CG 26262, WHO TRANSFERRED DOCUMENTS TO HAM BEFORE RETURNING TO TOI. CG 35106 RTB TO OFFLOAD RECOVERED BALES. BO REPORTED SEVEN POB; SIX CHINESE AND ONE COLOMBIAN. THE CHINESE CREW MEMBERS ACTED NERVOUS WHILE THE COLOMBIAN APPEARED CALM AND TALKED WITH THE BT. AFTER MAKING A PHONE CALL ON A SATELLITE PHONE, THE COLOMBIAN'S DEMEANOR CHANGED NOTICEABLY AND HE BECAME NERVOUS, QUIET, AND LESS RESPONSIVE. CG 35106 RELIEVED CG 26262 TO REMAIN ALONGSIDE THE VESSEL FOR THE EVENING.
D. 1. VESSEL DESCRIPTION:
   LPOC: HONG KONG, CHINA
   NPOC: UNK
   NAME: NONE
   LENGTH: 40M
   REG NUMBER: 16050, PRECEDED BY CHINESE SYMBOLS
   TYPE: FISHING VESSEL
   HOMEPORT: HONG KONG, CHINA
   FLAG: CHINA
   POB: 07
   CREW MEMBERS: 06 CHINESE IDS WERE SENT VIA SEPCOR
   NAME: EDWARD JAVIER CATANO LOPEZ
   DOB: 23AUG1981
   NATIONALITY: COLOMBIAN
   ID #: 71.380.597
2. ACTION:
241650Z: CG 6519 SIGHTED A TOI IN POSN: 00-47.5N 107-54.9W ON CSE
         285T AT 11KTS.
   1400Z: CG 6519 REPORTED TOI A 75-100 FT CARGO VESSEL WITH A
          CHINESE FLAG, CHINESE MARKINGS AND NUMBER 16050 PAINTED ON
          HULL.
   1714Z: HAM GAINED VISUAL OF TOI.
   1732Z: CG 6519 RTB.
   1743Z: HAM LAUNCHED CG 35106 TO CONDUCT ROA.
   1751Z: HAM RECOVERED CG 6519 FOR REFUEL.
   1807Z: HAM LAUNCHED CG 6519.
   1814Z: CG 35106 OBSERVED ONE POB MOVING ON DECK OF TOI.
   1821Z: CG 6519 REPORTED OBJECT BEING DRAGGED FROM STERN WITH LINE.
          PACKAGES ALSO HANGING FROM HATCH IN HULL AMIDSHIPS.
   1822Z: CG 6519 REPORTED JETTISON OF PACKAGES IN POSN: 00-51.0N
          108-08.0W.
   1823Z: CG 35106 ON SCENE WITH TOI.
   1825Z: HAM SHIFTED TACON TO D11.
   1828Z: CG 6519 REPORTED APPROX 29 BALES AND SEVERAL ORANGE BUOYS IN
          WATER.
   1830Z: CG 35106 RECOVERED 42 BALES AND 06 GPS DEVICES FROM BALE
          FIELD.
   1840Z: HAM RECOVERED CG 35106 WITH CONTRABAND AND 06 GPS DEVICES.
   1943Z: HAM COMMENCED RADIO HAILING, NEGRES.
   1945Z: CG 26262 STATIONED OFF TOI'S STERN FOR ROA.
   1949Z: POB APPROACHED BT AND BEGAN CONVERSATION. ONE POB WAS
          COLOMBIAN AND SPOKE SPANISH. THE OTHER 06 POB WERE CHINESE

```
           AND DID NOT SPEAK SPANISH OR ENGLISH. COLOMBIAN POB CLAIMED
           VESSEL HAD NO RADIO, ONLY A SATELLITE PHONE. BT GAVE POB A
           D11-PROVIDED FORM IN ENGLISH AND MANDARIN. POB TOOK FORM TO
           PILOTHOUSE TO COMPLETE.
    1959Z: POB RETURNED COMPLETED FORM TO BT. POB ALSO PROVIDED
           SATELLITE PHONE NUMBER.
    2010Z: CG 26262 RECEIVED IDS AND REGISTRATION FORMS FROM TOI. CG
           26262 RTB AND PASSED IDS AND REGISTRATION TO HAM.
    2025Z: CG 26262 BACK ON SCENE WITH TOI.
    2040Z: HAM RECOVERED CG 6519.
    2131Z: NIK TESTED TWO REPRESENTATIVE SAMPLES FROM BALES. BOTH
           TESTED POSITIVE FOR COCAINE.
    2243Z: BT REPORTED POB MAKING PHONE CALLS. AFTER PHONE CALLS,
           POB SEEMED MUCH MORE NERVOUS. THE COLOMBIAN POB IN
           PARTICULAR SEEMED VERY NERVOUS.
    2301Z: HAM LAUNCHED CG 35106 IN POSN: 00-57.7N 108-33.1W TO
           RELIEVE CG 26262 OFF TOI'S STERN. CG 35106 RETURNED IDS
           AND REGISTRATION FORMS TO TOI.
    2343Z: HAM RECOVERED CG 26262 IN POSN: 00-58.3N 108-34.9W.
3. AMPLIFYING INFORMATION:
   A. O/S WX:
      WINDS: 160T/15KTS
      SEAS: 155T/1FT
      SWELLS: 170T/3FT
      VIS: 10 NM
      BAR: 29.86
      TEMP: 75
4. FUTURE PLANS: REMAIN ONSTA WITH TOI, WITH SMALL BOAT ALONGSIDE.
HAM WILL NEED ASSURANCES THAT AN OILER CAN PROVIDE FUEL AT SEA, OR
WILL NEED TO DEPART ON 252200ZNOV16 FOR A SCHEDULED BSF IN CHIAPAS,
MX.
5. POC: LCDR ANDREW WEISS, EMAIL ANDREW.S.WEISS(AT)USCG.MIL
BT
#0001
NNNN
<DmdsSecurity>UNCLASSIFIED</DmdsSecurity>
<DmdsReleaser>GEHMAN.VAUGHN.DOUGLASS.1405962825</DmdsReleaser>


OIX GATEWAY NORFOLK VA SUCCESSFUL PROCESSING REPORT:  LE SITREP TWO - BOARDING OF
FISHING VESSEL 1000NM W OF

RTTUZYUW RHOIAAA0001 3320541-UUUU--RHSSSUU.
ZNR UUUUU
R 270540Z NOV 16
FM USCGC HAMILTON
TO CCGDELEVEN ALAMEDA CA
INFO COMDT COGARD WASHINGTON DC//CG-MLE/CG-5/CG-7/NCC//
DIRJIATF SOUTH//J2/J3/J4/J5//
COMPACAREA COGARD ALAMEDA CA//PAC-3//
DRUG ENFORCEMENT ADMIN HQ WASHINGTON DC
HQ ICE WASHINGTON DC
```

```
HQ ICE INTEL WASHINGTON DC
DEPT OF HOMELAND SECURITY WASHINGTON DC
HOMELAND SECURITY CENTER WASHINGTON DC
COGARD INTELCOORDCEN WASHINGTON DC
COGARD MIFC PAC ALAMEDA CA
EPIC EL PASO TX//CGLO//
COGARD HITRON JACKSONVILLE FL
USCGC HAMILTON
USCGC MELLON
USCGC DAUNTLESS
USCGC DECISIVE
USCGC STEADFAST
USNS GUADALUPE
BT
UNCLAS
```

SUBJ: LE SITREP TWO - BOARDING OF FISHING VESSEL 1000NM W OF GALAPAGOS IS.
1. SITUATION: 983 KG OF COCAINE ONBOARD HAMILTON. CUSTODY CREW AND DETAINEES ABOARD TOI. CASE PENDS.
A. PERIOD 250331Z NOV 16 - 270030Z NOV 16
B. MISLE: 1061170, HAM CASE NUMBER 753-16-22, FDIN: 2016838758
C. NARRATIVE: AT 251618Z, CHINA GRANTED PERMISSION TO STOP, BOARD, AND SEARCH THE VESSEL UNDER FLAG STATE AUTHORITY. BT EMBARKED THE VESSEL, ESTABLISHED POSITIVE CONTROL, COMPLETED ISS, AND BEGAN IONSCAN SWIPES AND ASSA. BT QUICKLY ACCOUNTED FOR 75% OF VESSEL'S SPACES AND IN THE PROCESS FOUND LINE THAT MATCHED THE LINE ATTACHED TO THE JETTISONED BALES. BT ALSO FOUND MULTI-COLORED BURLAP BAGS THAT MATCHED THE RECOVERED BALES FROM MANY OTHER DRUG CASES INTERDICTED THIS MONTH. WHILE INSPECTING VOIDS, BT FOUND 2 X 5 FT AREA IN UPPER VOID THAT WAS COVERED IN CONCRETE. A WATER TANK WAS SITTING ON TOP OF THE AREA AND A PICK-AXE WAS NEARBY. BT LOOKED FOR ACCESS INTO THE LOWER VOID AND WAS ABLE TO ACCESS THE AREA THROUGH AN ADJACENT SPACE. AFTER ACCESSING THE VOID, THE ONLY UNACCOUNTED FOR SPACE WAS A 2FT SPACE BETWEEN ROOMS BELOW DECK. BT REPORTED THAT SPACE DID NOT LOOK LIKE IT WAS RECENTLY ACCESSED AND EXPRESSED CONFIDENCE THAT THERE WAS NO CONTRABAND IN SPACE. BT REPORTED ASSA COMPLETE WITH NO ADDITIONAL CONTRABAND FOUND. ALL IONSCAN SWIPES WERE TESTED ON HAM. ONE SWIPE TESTED POSITIVE FOR MDA; ALL OTHERS WERE CLEAR. BT REPORTED TOI UNSAFE TO OPERATE. THERE WAS EXTENSIVE RUSTING THROUGHOUT THE TOI, AND SOME FWD BULKHEADS WERE ALMOST RUSTED THROUGH. THE MAIN BREAKER PANEL WAS OPEN, CREATING A FIRE HAZARD. THE TOI HAD NO FIRE SUPPRESSION SYSTEMS, NO FIREFIGHTING EQUIPMENT, NOT ENOUGH PFDS, AND NO COMMUNICATIONS GEAR OTHER THAN TWO SATELLITE PHONES. THE ENGINE ROOM HAD ONE INCH OF FUEL AND OIL IN BILGES. FUEL IS TRANSFERRED FROM STORAGE TANKS VIA PLASTIC HOSES IN AN OPEN COMPARTMENT. THE ENGINE IS FUELED BY PUMPING FUEL FROM A TANK INTO A SHALLOW BUCKET. THE ENGINEER THEN POURS THE BUCKET OF FUEL INTO A SMALL SERVICE TANK ON TOP OF THE ENGINE. THE VESSEL'S GALLEY IS LOCATED IN THE PLENUM FOR THE ENGINE ROOM, AND IT'S SURFACES WERE UNSANITARY AND COVERED IN COOKING GREASE. BT CONCLUDED THAT THE GALLEY WAS A POSSIBLE FIRE HAZARD. ==TOI HAD TWO SETS OF TOWING BITS, ONE ON EITHER SIDE OF THE BOW. THE BITS WERE RUSTED TO THE POINT WHERE THEY WERE DISCONNECTED==

FROM THE SHIP'S RAILING. BT CONCLUDED THAT THEY WERE NOT SERVICEABLE. TOI DID NOT HAVE A BULLNOSE. EACH POB CLAIMED THEY WERE FISHING FOR TUNA BUT HAD NO CATCH ONBOARD. THE ONLY FISHING GEAR WAS IN VERY POOR CONDITION. HAM FORWARDED IMAGERY OF TOI AND DOCUMENTS PROVIDED BY POB TO D11 FOR TRANSLATION. D11 TRANSLATED THE CHINESE CHARACTERS PAINTED ON THE TOI AND INFORMED HAM THAT "SHAN WEI" WAS WRITTEN ON THE TRANSOM, "HAI CHANG" ON THE SMOKE STACK, AND "YUE SHAN WEI YU 16050" ON THE BOW. D11 ALSO TRANSLATED THE PROVIDED DOCUMENTS AND UPDATED THE VESSEL NAME, REGISTRY NUMBER, CLAIM OF NATIONALITY, HOMEPORT, LPOC, AND NPOC. HAM LAUNCHED CG 6519 IN ORDER TO SEARCH AREA NEAR TOI FOR ANY ADDITIONAL CONTRABAND. SEARCH RESULTED IN NEGRES AND HAM RECOVERED CG 6519. AFTER GETTING ENGINES STARTED ON TOI IN PREPARATIONS FOR GETTING UNDERWAY BT REPORTED EXHAUST LEAK ON ENGINE AND ARCING AND SPARKING FROM BATTERIES. DUE TO WOOD DECKING IN ENGINE ROOM BEING SATURATED WITH OIL BT ADVISED IT WAS UNSAFE TO CONDUCT TRANSIT ABOARD VESSEL. TEAM OF ENGINEERS WAS SENT TO TOI TO ASSESS STATE OF ENGINEERING PLANT AND MAKE ATTEMPTS TO MITIGATE HAZARDS. AFTER CONDUCTING INITIAL REPAIRS AND RUNNING ENGINES BT REPORTED VESSEL WAS SAFE TO GET UNDERWAY AND ATTEMPT TRANSIT TO FAS POSITION APPROXIMATELY 300NM AWAY.

D. 1. VESSEL DESCRIPTION:
   LPOC: SHAN WEI CITY, CHINA
   NPOC: SOUTH EAST PACIFIC
   NAME: 4407811991010001
   LENGTH: 40M
   REG NUMBER: YUE 16050
   TYPE: FISHING VESSEL
   HOMEPORT: SHAN WEI CITY, CHINA
   FLAG: CHINA
   POB: 07
   CREW MEMBERS: 06 CHINESE IDS WERE SENT VIA SEPCOR
   NAME: EDWARD JAVIER CATANO LOPEZ
   DOB: 23AUG1981
   NATIONALITY: COLOMBIAN
   ID #: 71.380.597

2. ACTION:
  251618Z: CHINA GRANTED PERMISSION TO STOP, BOARD, AND SEARCH TOI
        UNDER FLAG STATE AUTHORITY.
    1645Z: TESTED SAMPLE FROM OVERBOARD DISCHARGE IN IONSCAN. SAMPLE
        TESTED POSITIVE FOR AMPHETAMINES.
    1723Z: LAUNCHED CG 26262 TO RELIEVE CG 35106.
    1730Z: CG 26262 O/S WITH VESSEL, CONDUCTED HANDOFF WITH CG 35106.
    1744Z: RECOVERED CG 35106 TO EMBARK BOARDING TEAM.
    1800Z: LAUNCHED CG 35106 TO COMMENCE BOARDING OF TOI.
    1816Z: BT EMBARKED TOI, COMMENCED BOARDING.
    1818Z: BT REPORTED POSCON OF TOI. COMMENCED ISS.
    1831Z: HAM RECOVERED CG 26262.
    1840Z: ISS COMPLETE. COMMENCED IONSCAN SWIPES AND ASSA.
    1938Z: BT REPORTED 75% ASSA AND FOUND PIECE OF LINE THAT MATCHED
        LINE ON JETTISONED BALES.
    2009Z: BT REPORTED ASSA 90% COMPLETE. REQUESTED PERMISSION FROM
        D11 TO ACCESS VOIDS.
    2013Z: BT REPORTED IONSCAN SWIPES COMPLETE. CG 35106 RTB WITH

```
              SWIPES.
      2019Z:  RECOVERED CG 35106 AND EMBARKED IONSCAN SWIPES.
      2021Z:  D11 GRANTED PERMISSION TO ACCESS VOIDS TO COMPLETE ASSA.
      2046Z:  BT REPORTED 95% ASSA. BT FOUND 2 X 5 FT AREA ON DECK IN
              VOID THAT WAS COVERED WITH CONCRETE. AREA HAD A WATER TANK
              ON TOP AND A PICK-AXE IN THE VICINITY.
      2104Z:  BT GAINED ACCESS TO UNACCOUNTED FOR SPACE THROUGH ADJACENT
              VOID.
      2101Z:  IONSCAN TESTS COMPLETE. ONE SWIPE TESTED POSITIVE FOR MDA.
      2301Z:  HAM LAUNCHED CG 6519 FOR SEARCH OF AREA FOR ANY MORE
              CONTRABAND.
      2326Z:  ASSA COMPLETE. BT REPORTED TOI UNSAFE TO OPERATE. THERE WAS
              EXTENSIVE RUSTING THROUGHOUT THE TOI, AND SOME FWD BULKHEADS
              WERE ALMOST RUSTED THROUGH. THE MAIN BREAKER PANEL WAS OPEN,
              CREATING A FIRE HAZARD. THE TOI HAD NO FIRE SUPPRESSION
              SYSTEMS, NO FIREFIGHTING EQUIPMENT, NOT ENOUGH PFDS, AND NO
              COMMUNICATIONS GEAR OTHER THAN A SATELLITE PHONE. THE ENGINE
              ROOM HAD ONE INCH OF FUEL AND OIL ON DECK. FUEL IS
              TRANSFERRED FROM STORAGE TANKS VIA PLASTIC HOSES IN AN OPEN
              COMPARTMENT. THE ENGINE IS FUELED BY PUMPING FUEL FROM A TANK
              INTO A SHALLOW BUCKET. THE ENGINEER THEN POURS THE BUCKET OF
              FUEL INTO A SMALL SERVICE TANK ON TOP OF THE ENGINE. THE VESSEL'S
              GALLEY IS LOCATED DIRECTLY ABOVE AND OPEN TO THE ENGINE ROOM,
              AND IT'S SURFACES WERE UNSANITARILY COVERED IN COOKING GREASE.
              BT CONCLUDED THAT THE GALLEY WAS A POSSIBLE FIRE HAZARD. ==BT
              INSPECTED TOWING BITS AND REPORTED THAT BITS WERE RUSTED AND
              UNSERVICEABLE. TOI DID NOT HAVE A BULLNOSE FOR TOWING.==
      2354Z:  HAM RECEIVED PERMISSION TO TREAT POB AS DETAINEES.
    260027Z:  CG 6519 RTB FOLLOWING SEARCH WITH NEGRES.
      0034Z:  HAM RECOVERED CG 6519.
      2000Z:  AEO WENT ONBOARD VESSEL TO CHECK THE ENGINEERING PLANT.
      2130Z:  BT ENERGIZED THE ENGINEERING PLANT.
      2230Z:  ==BT SECURED PLANT AFTER AEO REPORTED EXHAUST LEAK, ARCING AND
              SPARKING FROM BATTERY. DUE TO PROXIMITY TO OIL SATURATED DECK
              PLANKS BT DEEMED ARCING AND SPARKING A FIRE HAZARD.==
    170030Z:  EO WENT ONBOARD VESSEL TO MIGITATE SAFETY CONCERNS. AFTER
              CONDUCTING INITIAL REPAIRS AND RUNNING PLANT BT ADVISED THEY
              COULD GET TOI U/W AT LEAST TO THE FAS POSITION IN CURRENT CONDITION.
3. AMPLIFYING INFORMATION:
   A. O/S WX:
      WINDS: 160T/15KTS
      SEAS: 155T/1FT
      SWELLS: 170T/3FT
      VIS: 10 NM
      BAR: 29.86
      TEMP: 75
4. FUTURE PLANS: REMAIN ONSTA WITH TOI OVERNIGHT. HAM WILL BEGIN
   NAVIGATION WITH TOI AT FIRST LIGHT TO FAS POSN. HAM WILL CONDUCT FAS
   WITH USNS GUADALUPE ON 29NOV16 IN POSN: 06-40.0N 110-15.0W.
5. POC: LCDR ANDREW WEISS, EMAIL ANDREW.S.WEISS(AT)USCG.MIL
BT
#0001
```

NNNN
<DmdsSecurity>UNCLASSIFIED</DmdsSecurity>
<DmdsReleaser>GEHMAN.VAUGHN.DOUGLASS.1405962825</DmdsReleaser>

OIX GATEWAY NORFOLK VA SUCCESSFUL PROCESSING REPORT:   LE SITREP THREE - BOARDING OF FISHING VESSEL YUE SHAN WEI YU

RTTUZYUW RHOIAAA0001 3350318-UUUU--RHSSSUU.
ZNR UUUUU
R 300320Z NOV 16
FM USCGC HAMILTON
TO CCGDELEVEN ALAMEDA CA
INFO COMDT COGARD WASHINGTON DC//CG-MLE/CG-5/CG-7/NCC//
DIRJIATF SOUTH//J2/J3/J4/J5//
COMPACAREA COGARD ALAMEDA CA//PAC-3//
DRUG ENFORCEMENT ADMIN HQ WASHINGTON DC
HQ ICE WASHINGTON DC

```
HQ ICE INTEL WASHINGTON DC
DEPT OF HOMELAND SECURITY WASHINGTON DC
HOMELAND SECURITY CENTER WASHINGTON DC
COGARD INTELCOORDCEN WASHINGTON DC
COGARD MIFC PAC ALAMEDA CA
EPIC EL PASO TX//CGLO//
COGARD HITRON JACKSONVILLE FL
USCGC HAMILTON
USCGC MELLON
USCGC DAUNTLESS
USCGC DECISIVE
USCGC STEADFAST
BT
UNCLAS
SUBJ: LE SITREP THREE - BOARDING OF FISHING VESSEL YUE SHAN WEI YU
1000NM W OF GALAPAGOS IS.
1. SITUATION: 983 KG OF COCAINE ONBOARD HAMILTON. CUSTODY CREW AND
DETAINEES ABOARD TOI. CASE PENDS.
A. PERIOD 270031Z NOV 16 - 292335Z NOV 16
B. MISLE: 1061170, HAM CASE NUMBER 753-16-22, FDIN: 2016838758
C. NARRATIVE: HAM CONTINUES ESCORT OF CHINESE FISHING VESSEL
YUE SHAN WEI YU PENDING DISPOSITION. MAXIMUM SPEED OF VESSEL IS
10KTS AND ENGINES HAVE BEEN UNRELIABLE, AND DIFICULT TO KEEP
RUNNING. CONDITIONS ABOARD THE VESSEL HAVE CONTINUED TO DETERIORATE.
ON THE MORNING OF 29NOV16, THE ENGINE ROOM FILLED WITH EXHAUST AND
WAS NOT SAFE TO ENTER. THE VESSEL HAS EXPERIENCED TWO CRANK CASE
EXPLOSIONS TODAY WHICH BLEW ALL EXHAUST LINES OFF AND CAUSED THE ENGINE
ROOM TO FILL WITH BLACK SMOKE. THE CREW RESTARTED THE ENGINE AFTER
REPLACING OIL FILTER AND REFILLING WITH OIL, HOWEVER, THE ENGINE ROOM
AND GALLEY CONTINUE TO FILL WITH SMOKE AND EXHAUST. THE VESSEL HAS NO
FIRE SUPPRESSION SYSTEM AND FUEL IS TRANSFERRED TO ENGINE SERVICE TANKS
VIA COMBINATION OF BUCKET AND PLASTIC HOSES. WOOD DECKING IN ENGINE
ROOM IS SATURATED WITH OIL AND THERE IS STANDING OIL IN THE BILGES.
THE MASTER STATES THEY HAVE LESS THAN TWO DAYS OF FOOD LEFT, AND
REMAINING FOOD IS ROTTEN AND NOT FIT FOR CONSUMPTION. DETAINESS HAVE
BECOME ILL FROM CONDITIONS, SYMPTOMS INCLUDE VOMITTING AND DIARRHEA.
WATER ONBOARD IS LESS THAN 25 PERCENT, COCKROACHES INFEST ALL LIVING
AND CARGO AREAS. IT WOULD BE ADVISABLE TO THE REMOVE THE CREW FOR
HEALTH REASONS, HOWEVER OUR CREW CANNOT RUN THIS ENGINE PLANT WITHOUT
THEM DUE TO THE MANY WORKAROUNDS THAT ARE REQUIRED. ON SCENE WEATHER
IS DETERIORATING THIS EVENING.
D. 1. VESSEL DESCRIPTION:
   LPOC: SHAN WEI CITY, CHINA
   NPOC: SOUTH EAST PACIFIC
   NAME: 4407811991010001
   LENGTH: 40M
   REG NUMBER: YUE 16050
   TYPE: FISHING VESSEL
   HOMEPORT: SHAN WEI CITY, CHINA
   FLAG: CHINA
   POB: 07
   CREW MEMBERS: 06 CHINESE IDS WERE SENT VIA SEPCOR
```

```
   NAME: EDWARD JAVIER CATANO LOPEZ
   DOB: 23AUG1981
   NATIONALITY: COLOMBIAN
   ID #: 71.380.597
2. ACTION:
282135Z: MAX SPEED OF YUE SHAN WEI YU DETERMINED TO BE 10KTS.
291707Z: YUE SHAN WEI YU EXPERIENCED CRANK CASE EXPLOSION.
  2335Z: YUE SHAN WEI YU EXPERIENCED SECOND CRANK CASE EXPLOSION.
3. AMPLIFYING INFORMATION:
   A. O/S WX:
      WINDS: 157T/14KTS
      SEAS: 160T/2FT
      SWELLS: 160T/3FT
      VIS: 4 NM
      BAR: 29.97
      TEMP: 75
4. FUTURE PLANS: CONTINUE TRANSIT TO SCHEDULED DETAINEE TRANSFER
   WITH ECU COGARD ON 5DEC. WE RECOMMEND REMOVING ALL PERSONNEL
   AND SINKING AS A HAZARD TO NAVIGATION AND HEALTH.
5. POC: LCDR ANDREW WEISS, EMAIL ANDREW.S.WEISS(AT)USCG.MIL
BT
#0001
NNNN
<DmdsSecurity>UNCLASSIFIED</DmdsSecurity>
<DmdsReleaser>GEHMAN.VAUGHN.DOUGLASS.1405962825</DmdsReleaser>
```

```
RTTUZYUW RHOIAAA0001 3380415-UUUU--RHSSSUU.
ZNR UUUUU
R 030410Z DEC 16
FM USCGC HAMILTON
TO CCGDELEVEN ALAMEDA CA
INFO COMDT COGARD WASHINGTON DC//CG-MLE/CG-5/CG-7/NCC//
DIRJIATF SOUTH//J2/J3/J4/J5//
COMPACAREA COGARD ALAMEDA CA//PAC-3//
DRUG ENFORCEMENT ADMIN HQ WASHINGTON DC
HQ ICE WASHINGTON DC
HQ ICE INTEL WASHINGTON DC
DEPT OF HOMELAND SECURITY WASHINGTON DC
HOMELAND SECURITY CENTER WASHINGTON DC
COGARD INTELCOORDCEN WASHINGTON DC
COGARD MIFC PAC ALAMEDA CA
EPIC EL PASO TX//CGLO//
COGARD HITRON JACKSONVILLE FL
USCGC HAMILTON
USCGC MELLON
USCGC DAUNTLESS
USCGC DECISIVE
USCGC STEADFAST
BT
UNCLAS
SUBJ: LE SITREP FOUR AND FINAL - BOARDING OF FISHING VESSEL YUE
SHAN WEI YU 1000NM W OF GALAPAGOS IS.
1. SITUATION: 983 KG OF COCAINE ONBOARD HAMILTON. CASE PENDS
DISPOSITION.
A. PERIOD 292336Z NOV 16 - 020453Z DEC 16
B. MISLE: 1061170, HAM CASE NUMBER 753-16-22, FDIN: 2016838758
C. NARRATIVE: HAM CONTINUED ESCORT OF CHINESE FISHING VESSEL
YUE SHAN WEI YU PENDING DISPOSITION. WHILE ESCORTING THE VESSEL,
THE BO REPORTED MULTIPLE ENGINE, POWER, AND STEERING CASUALTIES.
AFTER MANY WORKAROUNDS FROM THE VESSEL'S CREW, THE YUE SHAN WEI
YU EXPERIENCED A LOSS OF ALL POWER AND PROPULSION ONBOARD. HAM
EMBARKED 07 DETAINESS FROM THE YUE SHAN WEI YU ONCE IT WAS
DETERMINED THE VESSEL WAS INHERENTLY UNSAFE. THE GOVERNMENT OF
CHINA CONFIRMED NATIONALITY OF THE VESSEL AND AUTHORIZED SINKING
AS A HAZARD TO NAVIGATION AFTER NOTIFICATION OF THE MASTER. THE
MASTER WAS INFORMED THAT THE GOVERNMENT OF CHINA DIRECTED THE
UNITED STATES TO DETAIN HIM AND HIS CREW ON THE BEHALF OF CHINA
FOR SUSPECTED DRUG TRAFFICKING. ADDITIONALLY, THE GOVERNMENT OF
CHINA DIRECTED THE UNITED STATES TO TREAT THE VESSEL AS A HAZARD
TO NAVIGATION DUE TO MATERIAL CONDITION AND INOPERABLE MACHINERY
OF THE VESSEL. D11 GRANTED HAM PERMISSION TO SINK THE VESSEL,
AND HAM SANK THE YUE SHAN WEI YU IN POSN: 06-36.2N 107-19.5W.
D. 1. VESSEL DESCRIPTION:
   LPOC: SHAN WEI CITY, CHINA
   NPOC: SOUTH EAST PACIFIC
   NAME: 4407811991010001
   LENGTH: 40M
   REG NUMBER: YUE 16050
```

```
   TYPE: FISHING VESSEL
   HOMEPORT: SHAN WEI CITY, CHINA
   FLAG: CHINA
   POB: 07
   CREW MEMBERS: 06 CHINESE IDS WERE SENT VIA SEPCOR
   NAME: EDWARD JAVIER CATANO LOPEZ
   DOB: 23AUG1981
   NATIONALITY: COLOMBIAN
   ID #: 71.380.597
2. ACTION:
300637Z: BO REPORTED LOSS OF ENGINE AND SMELL OF SMOKE.
  0707Z: BO DETERMINED NO MAJOR CASUALTY. #3 MDE ON YUE SHAN
         WEI YU WOULD NOT START.
  0727Z: BO REPORTED SUCCESSFUL RESTART OF #3 MDE. YUE SHAN WEI
         YU UNDERWAY.
  0853Z: BO REPORTED SMOKE IN ENGINE ROOM. SHUT DOWN #3 MDE ON YUE
         SHAN WEI YU DUE TO OVERHEAT.
  0855Z: BO REPORTED HEARING A LOUD POP, FOLLOWED BY A BURNING SMELL.
  0908Z: SOURCE OF SMOKE DETERMINED TO BE #3 MDE. NO APPARENT FIRE.
  1017Z: BO REPORTED YUE SHAN WEI YU ONLY ABLE TO MAKE 3.3 KTS AND
         DIFFICULTY MAINTAINING COURSE.
  1020Z: BO REPORTED MDE EXPERIENCED RPM SURGES.
  1141Z: BO REPORTED FLUCTUATING POWER FROM 1 REMAINING MDE.
  1151Z: BO REPORTED POSSIBLE LOSS OF STEERING PUMP ABOARD YUE SHAN
         WEI YU.
  1157Z: BO REPORTED LOSS OF RUDDER CONTROL.
  1324Z: BO REPORTED AVAILABLE SPEED OF 8 KTS ONBOARD YUE SHAN WEI
YU.
  1336Z: BO REPORTED LOSS OF ENGINE POWER.
  1508Z: BO REPORTED LOSS OF STEERING ONBOARD YUE SHAN WEI YU.
  1511Z: BO REPORTED LOSS OF ALL POWER AND PROPULSION ONBOARD YUE
  SHAN
         WEI YU.
  2035Z: HAM EMBARKED 07 DETAINEES FROM THE YUE SHAN WEI YU.
011623Z: CHINA CONFIRMED NATIONALITY OF THE VESSEL AND AUTHORIZED
         SINKING AS A HAZARD TO NAVIGATION AFTER NOTIFICATION OF
         THE MASTER.
  2020Z: MASTER WAS INFORMED THAT THE GOVERNMENT OF CHINA HAS
         DIRECTED THE UNITED STATES TO DETAIN HIM AND HIS CREW
         FOR SUSPECTED DRUG TRAFFICKING.
020131Z: COMMENCED SINKING OF YUE SHAN WEI YU IN POSN: 06-31.6N
         107-21.8W.
  0443Z: YUE SHAN WEI YU SANK IN POSN: 06-36.2N 107-19.5W.
  0453Z: SHIFTED TACON TO JIATF-S.
3. AMPLIFYING INFORMATION:
   A. O/S WX:
      WINDS: 157T/14KTS
      SEAS: 160T/2FT
      SWELLS: 160T/3FT
      VIS: 4 NM
      BAR: 29.97
      TEMP: 75
```

```
4. FUTURE PLANS: CASE PENDS DISPOSITION. PATROL IAW TASKING.
5. POC: LCDR ANDREW WEISS, EMAIL ANDREW.S.WEISS(AT)USCG.MIL
BT
#0001
NNNN
<DmdsSecurity>UNCLASSIFIED</DmdsSecurity>
<DmdsReleaser>WINEKE.JOSEPH.GLEN.1455055659</DmdsReleaser>
```